ROBERT C. LORBEER, SBN 172072
ATTORNEY AT LAW
372 FLORIN ROAD, #320
SACRAMENTO, CA 95831
TELEPHONE (916) 971-9166
FAX (916) 283-4412
E-MAIL Lorbeer-R@Prodigy.net

Attorney for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KIMBERLY BLOCK,** | **Case No.2:09-cv-00267-MCE-GGH** |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME UNTIL MARCH 12, 2009 FOR DEFENDANTS TO RESPOND TO COMPLAINT** |
| vs. | |
| **JOSEPH HALAWE, aka JOSEPH HALAWAY, dba LIL JOE'S, JOSEPH G. HALAWAY and GEORGETTE M. HALAWAY, Trustees of HALAWAY FAMILY LIVING TRUST, and DOES ONE through FIFTY, Inclusive** | |
| Defendants | |

Pursuant to Local Rule 6-144 (a), Plaintiff KIMBERLY BLOCK and Defendants, JOSEPH HALAWE, aka JOSEPH HALAWAY, dba LIL JOE'S, JOSEPH G. HALAWAY and GEORGETTE M. HALAWAY, Trustees of HALAWAY FAMILY LIVING TRUST by and through their respective attorneys of record, Jason K. Singleton and Robert C. Lorbeer, stipulate as follows:

///

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

1. No extension of time has been previously obtained.

2. Defendants JOSEPH HALAWE, aka JOSEPH HALAWAY, dba LIL JOE'S, JOSEPH G. HALAWAY and GEORGETTE M. HALAWAY, Trustees of HALAWAY FAMILY LIVING TRUST are granted an extension until March 12, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants' JOSEPH HALAWE, aka JOSEPH HALAWAY, dba LIL JOE'S, JOSEPH G. HALAWAY and GEORGETTE M. HALAWAY, Trustees of HALAWAY FAMILY LIVING TRUST Response will be due no later than March 12, 2009.

IT IS SO STIPULATED effective as of February 26, 2009

Dated: February 26, 2009         /s/Robert C. Lorbeer__

                                 Robert Lorbeer,
                                 Attorney for Defendants


Dated: February 26, 2009         /s/ Jason K. Singleton
                                 Jason K. Singleton,
                                 Richard E. Grabowski
                                 Attorneys for Plaintiff

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO ORDERED:** that Defendants JOSEPH HALAWE, aka JOSEPH HALAWAY, dba LIL JOE'S, JOSEPH G. HALAWAY and GEORGETTE M. HALAWAY, Trustees of HALAWAY FAMILY LIVING TRUST shall have until March 12, 2009 to respond to complaint.

Dated: March 6, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 3

PDF created with pdfFactory trial version www.pdffactory.com