**Jason K. Singleton** State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski,** State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
FAX   441-1533

Attorneys for Plaintiff, KIMBERLY BLOCK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BLOCK,<br><br>    Plaintiff,<br>v.<br><br>JOSEPH HALAWE, aka JOSEPH HALAWAY, dba LIL JOE'S, JOSEPH G. HALAWAY and GEORGETTE M. HALAWAY, Trustees of HALAWAY FAMILY LIVING TRUST, and DOES ONE through FIFTY, inclusive,<br><br>    Defendants. | Case No. 2:09-CV-00267 MCE GGH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |

Plaintiff KIMBERLY BLOCK and Defendants **JOSEPH HALAWAY, dba LIL JOE'S, JOSEPH G. HALAWAY and GEORGETTE M. HALAWAY, Trustees of HALAWAY FAMILY LIVING TRUST**, (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1.    The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: November 30, 2009     /s/ Jason K. Singleton
Jason K. Singleton, Attorney for
Plaintiff, **KIMBERLY BLOCK**

Dated: November 18, 2009     /s/ Robert C. Lorbeer
Robert C. Lorbeer, Attorney for Defendants,
**JOSEPH HALAWAY, dba LIL JOE'S, JOSEPH G. HALAWAY and GEORGETTE M. HALAWAY, Trustees of HALAWAY FAMILY LIVING TRUST**

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>KIMBERLY BLOCK v. JOSEPH HALAWE, et al.</u>, Case Number 2:09-CV-00267 MCE GGH, is dismissed with prejudice with each party to bear their own attorneys fees and costs. The Clerk of Court is directed to close the file.

DATED: 12/7/2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE